UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CRIMINAL ACTION NO. C-01-116 |
| | § | CIVIL ACTION NO.   C-05-082 |
| DAVID M RIVERA, | § | |
| | § | |
| Defendant. | § | |

**ORDER GRANTING MOTION TO VACATE ORDER GRANTING**
***IN FORMA PAUPERIS***  **APPLICATION AND COLLECTION ORDER**

On November 16, 2005, movant/appellant, was granted leave to proceed without prepayment of the filing fee but a collection order was entered to collect 20% of each deposit to movant/appellant's inmate trust fund until the $255 filing fee was paid in full (D.E. 57).  On December 9, 2005, the filing fee was paid in full.  Movant/appellant moves the court to vacate the collection order (D.E. 60).  The motion is granted and the order to collect 20% of each deposit to movant/appellant's inmate trust fund is VACATED.

The Clerk shall send a copy of this order to the Inmate Accounting Officer and Paralegal Specialist, FCI Williamsburg, Post Office Box 220, Salters, South Carolina 29590.

ORDERED this 13th day of December, 2005.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE